**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | CASE NO. 5:09-CR-30 (HL) |
| | : | |
| JONATHON R. COUNTS, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the trial of this case is continued to the next term of Court to meet

IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excusable delay pursuant to Title 18, United States Code, Section 3161 (h) of the

SO ORDERED this 21st day of January, 2010.

*s/  Hugh Lawson*
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE